THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC., § § | | |
| Plaintiff, § | Case No. 2:18-cv-00100-JRG-RSP | |
| v. § § | LEAD CASE | |
| GOVISION, LLC, § | | |
| Defendant. § | | |
| § | | |
| ULTRAVISION TECHNOLOGIES, LLC, § § | | |
| Plaintiff, § | Case No. 2:18-cv-00118-JRG-RSP | |
| v. § § | MEMBER CASE | |
| YAHAM OPTOELECTRONICS CO., LTD., § § | | |
| Defendant. § | | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, T. Vann Pearce, Jr., enters his apperance in this matter for Defendant Yaham Optoelectronics Co., Ltd. for purposes of receiving notices and orders from the Court.

Dated: October 28, 2019                    Respectfully submitted,

*/s/ T. Vann Pearce, Jr.*
T. Vann Pearce, Jr.
**ORRICK HERRINGTON & SUTCLIFFE, LLP**
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400
vpearce@orrick.com

Attorneys for Defendant,
YAHAM OPTOELECTRONICS CO., LTD.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on October 28, 2019, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3).

*/s/ T. Vann Pearce, Jr.*
T. Vann Pearce, Jr.
